THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Kevin Walton, Appellant.
 
 
 
 
 

Appeal From Florence County
Thomas A. Russo, Circuit Court Judge

Unpublished Opinion No. 2011-UP-255
Submitted May 1, 2011  Filed June 1, 2011    

APPEAL DISMISSED

 
 
 
 Patrick James McLaughlin, of Florence, and
 Kevin Walton, pro se, for Appellant.  
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, and Assistant Deputy Attorney General Donald J. Zelenka, all of
 Columbia; and Solicitor Edgar L. Clements, III, of Florence, for Respondent.
 
 
 

PER CURIAM:  Kevin Walton appeals his convictions and
 sentences for murder and grand larceny, arguing the trial judge erred in 1) denying his motion to dismiss for violation
 of his right to a speedy trial and 2) failing to recuse himself.  After thoroughly reviewing the record
 and briefs pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Walton's
 appeal and grant counsel's petition to be relieved.  
APPEAL
 DISMISSED.  
FEW, C.J.,
 KONDUROS, J., and CURETON, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.